UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>    Plaintiff,<br><br> v.<br><br>CDCR, et al.,<br><br>    Defendants. | Case No.: 1:19-cv-01350-JLT (PC)<br><br>ORDER DISREGARDING MOTION FOR RELIEF FROM E-FILING PROCEDURES<br><br>(Doc. 3) |

On September 26, 2019, Plaintiff Nathaniel Marcus Gann filed a "Motion for Relief from the E-Filing [P]rocedures." (Doc. 3.) Specifically, Plaintiff seeks leave to file an original complaint three pages in excess of 25 pages. *Id.* However, the Clerk's Office already received and filed Plaintiff's complaint, (Doc. 1), on the same date as his motion. Thus, the motion is moot and is DISREGARDED.

IT IS SO ORDERED.

 Dated: __**October 11, 2019**__        __**/s/ Jennifer L. Thurston**__
                         UNITED STATES MAGISTRATE JUDGE