UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01350-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 10) |

    The events underlying this action span from January 3, 2015 to February 16, 2017. (*See* Doc. 1 at 9-27.) Plaintiff initiated this action on September 26, 2019, more than two years later. (*See* Doc. 1.) In California, the statute of limitations in actions brought pursuant to 42 U.S.C. § 1983 is two years. *Jackson v. Barn*es, 749 F.3d 755, 761 (9th Cir. 2014). Accordingly, the Court ordered Plaintiff to show cause why this action should not be dismissed as time-barred by the statute of limitations. (Doc. 10.)

    Plaintiff filed a response to the order to show cause on April 23, 2020. (Doc. 11.) In his response, Plaintiff states that he is serving a sentence of 25 years to life, and he correctly points out that the applicable statute of limitations has been tolled while he has been incarcerated. (*Id.* at 1.) In California, the statute of limitations is tolled for a maximum of two years if and while a plaintiff is imprisoned, unless the plaintiff is serving a sentence of life without the possibility of parole. Cal. Civ. Proc. Code § 352.1(a); *Brooks v. Mercy Hosp.*, 1 Cal. App. 5th 1, 7 (Cal. Ct.

App. 2016). Plaintiff also states that it took him more than a year to exhaust his administrative remedies. (Doc. 11 at 1.) The statute of limitations is "tolled while a prisoner completes the mandatory exhaustion process." *Brown v. Valoff*, 422 F.3d 926, 943 (9th Cir. 2005) (citations omitted).

Based on the above, the Court DISCHARGES its order to show cause (Doc. 10). The Court will screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915A in due course.

IT IS SO ORDERED.

Dated:   **April 26, 2020**                              **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE