UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>CDCR, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT (PC)<br><br>**FINDINGS AND RECOMMENDATIONS TO DISMISS DEFENDANTS**<br><br>14-DAY DEADLINE<br><br>Clerk of the Court to assign a District Judge |

On August 12, 2020, the Court screened Plaintiff's first amended complaint and found that it states cognizable claims against Defendants Arietta, Hashemi, Igbinosa, Kokor, Pacheco, and Ugwueze, but not against Defendants CDCR, CSATF, and Stronach. (Doc. 16.) The Court therefore directed Plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the Court that he wishes to proceed only on the claims found cognizable. (*Id.* at 12-13.)

On August 21, 2020, Plaintiff filed a notice that he "elects to proceed on the claims found cognizable." (Doc. 17.) Accordingly, and for the reasons set forth in the Court's screening order (Doc. 16), the Court RECOMMENDS that Defendants CDCR, CSATF, and Stronach, and the claims against these defendants, be DISMISSED. The Court DIRECTS the Clerk of the Court to assign a district judge to this action.

///

These Findings and Recommendations will be submitted to the United States District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days of the date of service of these Findings and Recommendations, Plaintiff may file written objections with the Court. The document should be captioned, "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may result in waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **August 23, 2020**              /s/ Jennifer L. Thurston
                                                        UNITED STATES MAGISTRATE JUDGE