UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>       Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>       Defendants. | No. 1:19-cv-01350-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 21) |

   Plaintiff Nathaniel Marcus Gann is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On August 12, 2020, the assigned magistrate judge issued a screening order, finding that plaintiff's first amended complaint (Doc. No. 14) states cognizable against all defendants except CDCR, CSATF, and C. Stronach.  (Doc. No. 16).  The magistrate judge directed plaintiff to file a second amended complaint curing the deficiencies in his pleading or to notify the court of his desire to proceed only on the claims found cognizable.  (*Id.* at 1, 12-13.)  On August 21, 2020, plaintiff filed a notice that he "elects to proceed on the claims found cognizable."  (Doc. No. 17.)

   Accordingly, on August 24, 2020, the magistrate judge filed findings and recommendations, recommending that Defendants CDCR, CSATF, and Stronach and the claims against these defendants be dismissed.  (Doc. No. 21.)  The findings and recommendations were

served on plaintiff and provided him fourteen (14) days to file objections thereto. (*Id.* at 2.) Plaintiff has not filed any objections and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 24, 2020 (Doc. No. 21) are adopted in full;
2. Defendants CDCR, CSATF, and Stronach, and the claims against these defendants, are dismissed;
3. The Clerk of the Court is directed to change the name of this case to "*Gann v. Ugwueze, et al.*"; and,
4. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 1, 2020**

UNITED STATES DISTRICT JUDGE