UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>          Plaintiff,<br><br>     v.<br><br>G. UGWUEZE, et al.,<br><br>          Defendants. | Case No. 1:19-cv-01350-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

On August 23, 2020, the Court issued an order finding service of Plaintiff's complaint appropriate and directing e-service on Defendants. (Doc. 18.) The Court directed the California Department of Corrections and Rehabilitation, within 40 days, to file a "'CDCR Notice of E-Service Waiver,' advising if the defendants waive service of process without need for personal service by the United States Marshal." (*Id.* at 2-3.) The Court granted CDCR a 14-day extension of time to file the notice on behalf of Defendant Igbinosa.[1] (Doc. 25.) Although more than the granted time has passed, CDCR has not filed the notice for Defendant Igbinosa.

///
///
///
///

---

[1] CDCR filed the notice on behalf of the remaining defendants on October 2, 2020. (Doc. 23.)

Accordingly, CDCR shall show cause, within 14 days, why sanctions should not be imposed for failure to comply with the Court's order. The Court directs the Clerk of the Court to serve this order via email on CDCR and Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:   **November 12, 2020**                     **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE