UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>G. UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-NONE-JLT (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DEFENDANTS TO FILE WAIVER OF SERVICE**<br><br>(Doc. 26) |

On November 12, 2020, the Court ordered the California Department of Corrections and Rehabilitation to file a "Notice of E-Service Waiver" or otherwise explain its failure to respond to the request issued to Defendant Igbinosa to waive personal service. (Doc. 26.) Defendants' counsel responded to the order to show cause on behalf of CDCR on November 17, 2020. (Doc. 27.) Counsel attached a revised Notice of E-Service Waiver, indicating that Defendant Igbinosa intends to waive service. Upon review of the response, the Court DISCHARGES the order to show cause. Within 21 days, Defendants shall file the appropriate waivers of service.

IT IS SO ORDERED.

Dated: __November 18, 2020__          _____/s/ Jennifer L. Thurston_
                                       UNITED STATES MAGISTRATE JUDGE