UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>   Plaintiff,<br><br>   v.<br><br>G. UGWUEZE, et al.,<br><br>   Defendants. | Case No. 1:19-cv-01350-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 31)<br><br>14-DAY DEADLINE |

On January 7, 2021, the Court issued an order staying this case for 90 days and referring it to alternative dispute resolution. (Doc. 31.) The Court directed the parties to file the notice attached to the order within 40 days. (*Id.* at 2.) Plaintiff filed his notice on January 15, 2021. (Doc. 32.) Although more than 40 days have passed, Defendants have not filed their notice or otherwise responded to the order.

Accordingly, Defendants SHALL show cause, within 14 days, why sanctions should not be imposed for failure to comply with the Court's order. Alternatively, within that same time, Defendants may file the notice attached to the order (Doc. 31 at 3).

IT IS SO ORDERED.

Dated:  **March 3, 2021**          **/s/ Jennifer L. Thurston**
                           UNITED STATES MAGISTRATE JUDGE