UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER OR, IN THE ALTERNATIVE, MOTION TO COMPEL**<br><br>(Doc. 39) |

Plaintiff moves to modify the Court's discovery and scheduling order to extend the discovery deadline. (Doc. 39.) The deadline was August 5, 2021. (Doc. 36 at 3.) Plaintiff states that he has served discovery requests upon Defendants, but they have not yet responded. (Doc. 39 at 1.) Plaintiff requests that, if the Court denies his motion to extend the discovery deadline, that it compel the Defendants to respond to his discovery requests. (*Id.* at 2.)

Plaintiff does not provide the date(s) on which he served the subject discovery requests on Defendants. Consequently, the Court is unable to determine whether Defendants responded to the requests within 45 days of service, as required by the Discovery and Scheduling Order (Doc. 36 at 2). In addition, Plaintiff did not file his request for an extension of the discovery deadline at least two weeks before it expired, as required by the Discovery and Scheduling Order. (*Id.* at 3.)

Accordingly, the Court DENIES without prejudice Plaintiff's motion to modify the Discovery and Scheduling Order or, in the alternative, to compel Defendants to respond his

1  discovery requests.

IT IS SO ORDERED.

Dated: **August 31, 2021**           **/s/ Jennifer L. Thurston**
                                     CHIEF UNITED STATES MAGISTRATE JUDGE