UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT-BAK (EPG) (PC)<br><br>**ORDER DIRECTING PARTIES TO PARTICIPATE IN A SETTLEMENT CONFERENCE** |

Plaintiff Nathaniel Marcus Gann is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendants Igbinosa, Kokor, Ugwueze, Hashemi, Pacheco, and Arietta have answered Plaintiff's complaint.  The Court issued a Discovery and Scheduling Order in this matter on March 5, 2021. (ECF No. 36.)  All deadlines concerning discovery and motions have passed.  Accordingly, the Court now directs the parties to participate in a settlement conference before a Magistrate Judge to see if the case can reach a settlement before the matter is set for trial.  The settlement conference will be conducted via Zoom videoconference. Neither side is waiving any claims, defenses, or objections by participating in this settlement conference.

Within seven days of the date of this Order, Defense counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to arrange for and schedule a settlement conference within a reasonable time.

The parties are advised the Court will set pretrial dates promptly in the event a settlement is not reached at the settlement conference.

IT IS SO ORDERED.

Dated: **March 25, 2022**         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE