**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATHANIEL MARCUS GANN, | Case No. 1:19-cv-01350-JLT-CDB (PC) |
|       Plaintiff, | |
| v. | |
| UGWUEZE, et al., | **AMENDED – TIME CHANGE ONLY** |
| | **ORDER & WRIT OF HABEAS CORPUS** |
|       Defendants. | **AD TESTIFICANDUM** |

Nathaniel Marcus Gann, CDCR #G-64542, a necessary and material witness in a settlement conference in this case on **November 15, 2022**, is confined at the California Institution for Men, in Chino, California, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Christopher D. Baker, by Zoom video conference from his place of confinement, on Tuesday, **November 15, 2022 at 1:00 p.m**. (previously scheduled for 10:00a.m.).

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, by Zoom video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court. Zoom video conference connection information will be supplied via separate email.

2. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Institution for Men at (909) 606-7093 or via email.

3. Any difficulties connecting to the Zoom video conference shall immediately be reported to Susan Hall, Courtroom Deputy, at SHall@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Institution for Men, P. O. Box 3100, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Baker at the time and place above, by Zoom video conference, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **November 4, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

