UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER RESETTING TIME FOR SETTLEMENT CONFERENCE**<br><br>**November 15, 2022, at 1:00 p.m. (Time Change Only)** |

Plaintiff Nathaniel Marcus Gann is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

This matter was set for a settlement conference to be held November 15, 2022, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto. (Doc. 46.) Thereafter, on October 6, 2022, this action was reassigned to Magistrate Judge Christopher D. Baker. (Doc. 47.)

The undersigned is unable to accommodate the previously scheduled 10:00 a.m. start time on November 15, 2022. The time for the settlement conference will be changed from 10:00 a.m. to 1:00 p.m.

//

//

//

//

1

Accordingly, **IT IS HEREBY ORDERED** that the settlement conference be held on **November 15, 2022, at 1:00 p.m**., via Zoom videoconference. The Court will issue a separate amended writ of habeas corpus ad testificandum addressing this modification. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Institution for Men via facsimile at (909) 606-7093 or via email.

IT IS SO ORDERED.

Dated: **November 4, 2022**

UNITED STATES MAGISTRATE JUDGE