UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER DISCHARGING AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE NATHANIEL MARCUS GANN, CDCR No. G-64542**<br><br>Doc. 50 |

The settlement conference previously set for November 15, 2022, in this matter has been vacated. Doc. 52. Inmate Nathaniel Marcus Gann, CDCR No. G-64542, is no longer needed by the Court as a participant in proceedings on that date, and the amended writ of habeas corpus ad testificandum issued November 4, 2022, as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **November 9, 2022**

UNITED STATES MAGISTRATE JUDGE