1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT

9
EASTERN DISTRICT OF CALIFORNIA

10

11
NATHANIEL MARCUS GANN

Case No.: 1:19-cv-01350-JLT-CDB (PC)

12
Plaintiff,

**ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE PROCEDURES**

13
v.

14
G. UGWUEZE, et al.,

**Telephonic Pre-Settlement Conference: 3/8/2023 at 10:00 a.m.**

15
Defendants.

**Settlement Conference: 3/16/2023 10:00 a.m. via Zoom Videoconference**

16

17

18
Plaintiff Nathaniel Marcus Gann is proceeding *pro se* and *in forma pauperis* in this civil

19
rights action pursuant to 42 U.S.C. § 1983.

20
A previous settlement conference scheduled to be held November 15, 2022 was vacated

21
due to Plaintiff's unavailability. (*See* Doc. 54 [minute order].) The Court finds it appropriate to

22
reset the matter for a settlement conference in this action.

23
Accordingly, it is hereby **ORDERED** that:

24
1.  The Court SETS a telephonic pre-settlement conference for **March 8, 2023, at 10:00**

25
**a.m.** before the undersigned. Defense counsel shall arrange for Plaintiff's

26
participation. The parties shall dial 1-877-402-9757 and enter access code 6966236 for

27
the telephonic conference.

28
//

2.   A settlement conference is scheduled to occur **March 16, 2023, at 10:00 a.m.**, before the undersigned, via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed the week prior, or counsel may contact Susan Hall, Courtroom Deputy for Magistrate Baker, at SHall@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Susan Hall. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

3.   Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

4.   Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

5.   The parties shall engage in informal settlement negotiations as follows:

No later than **January 13, 2023**, Plaintiff shall submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.

No later than **January 27, 2023**, Defendants shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

6.   If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **February 14, 2023**. Defendants shall email their statement to CDBorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Christopher D. Baker, 510 19th

Street, Suite 200, Bakersfield, CA 93301.

Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a. A brief summary of the facts of the case;

    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

//

//

3

h.  If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

The Clerk of the Court is directed to additionally serve a courtesy copy of this Order via email on the Litigation Coordinator at Plaintiff's current facility.

IT IS SO ORDERED.

Dated:   **November 30, 2022**

_____
UNITED STATES MAGISTRATE JUDGE