UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO MEET AND CONFER WITH PLAINTIFF REGARDING POSSIBLE SETTLEMENT CONFERENCE DATES AND TO FILE A STATUS REPORT NO LATER THAN MARCH 31, 2023** |

The settlement conference previously scheduled to occur on this date, March 16, 2023, was vacated after the Court learned of Plaintiff's unavailability. (*See* Doc. 61 [Minute Order].)

Accordingly, the Court directs defense counsel to meet and confer with Plaintiff within the next fourteen days so that the parties may select several proposed dates for a settlement conference. Additionally, defense counsel shall file a status report with the Court, **no later than March 31, 2023**, identifying the parties' proposed settlement conference dates for the Court's consideration and any updates relevant to settlement negotiations or Plaintiff's anticipated availability.

IT IS SO ORDERED.

Dated:   **March 16, 2023**                    /s/ 

UNITED STATES MAGISTRATE JUDGE