UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>G. UGWUEZE, et al.,<br><br>　　　　Defendants. | Case No.: 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE**<br><br>**Settlement Conference: 5/1/2023 10:00 a.m. via Zoom Videoconference** |

　　　　Plaintiff Nathaniel Marcus Gann is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　A previous settlement conference scheduled to be held March 16, 2023 was vacated due to Plaintiff's unavailability. (*See* Doc. 61 [minute order].) On March 16, 2023, the Court ordered the parties to meet and confer and to file a status report concerning rescheduling the settlement conference no later than March 31, 2023. (Doc. 62.) A status report was filed with the Court on March 27, 2022. (Doc. 63.)

　　　　Accordingly, it is hereby **ORDERED** that:

1. The Court **SETS** a Settlement Conference for **Monday, May 1, 2023, at 10:00 a.m.**, before the undersigned, via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed

the week prior, or counsel may contact Susan Hall, Courtroom Deputy for Magistrate Baker, at SHall@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Susan Hall. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. The Court is in receipt of the previously submitted confidential settlement conference statements. The parties are invited to supplement their previous submissions if they see fit to do so; otherwise, no further submissions are necessary.

The Clerk of the Court is directed to additionally serve a courtesy copy of this Order via email on the Litigation Coordinator at Plaintiff's current facility.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

UNITED STATES MAGISTRATE JUDGE