# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN, | Case No. 1:19-cv-01350-JLT-CDB (PC) |
| Plaintiff, | |
| v. | |
| UGWUEZE, et al., | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |
| Defendants. | |

**Aerith Natalia Asora**, formerly known as Nathaniel Marcus Gann, CDCR #G-64542, a necessary and material witness in a pretrial conference in this case on July 15, 2024, is confined at the California Institution for Men, in Chino, California, in the custody of the Warden. In order to secure this inmate's personal attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before District Judge Jennifer L. Thurston, in Courtroom 4 of the United States Courthouse located at 2500 Tulare Street in Fresno, California, from her place of confinement, on **July 15, 2024, at 1:30 p.m**.

ACCORDINGLY, IT IS ORDERED:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above, **along with any necessary legal property**, to participate in a pretrial conference at the time and place above, until completion of the pretrial conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The custodian is ordered to notify the court immediately if the inmate cannot be physically transported due to restrictions related to COVID-19.

4. The Clerk of the Court is directed to serve a copy of this order via fax on the Litigation Office at the California Institution for Men at (909) 606-7093 or via email.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Institution for Men, P. O. Box 3100, Chino, California 91708:**

**WE COMMAND** you to produce the inmate named above, **along with any necessary legal property**, to appear before Judge Thurston at the time and place above, until completion of the pretrial conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **June 7, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

