UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>    Plaintiff,<br><br>    v.<br><br>UGWUEZE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR AT PRETRIAL CONFERENCE VIRTUALLY**<br><br>(Doc. 78) |

This matter is set for a pretrial conference before District Judge Jennifer L. Thurston on July 15, 2024, at 1:30 p.m.

On June 17, 2024, Plaintiff filed a document titled "Motion to Appear Virtually to July 15th, 2024 pretrial conference." (Doc. 78.) Briefly, Plaintiff asks to appear via Zoom videoconference, rather than be physically transported to appear in person, because such transportation would be difficult considering her physical condition. Plaintiff's motion will be granted, and the Court will issue an amended transport writ simultaneous with this order.

Based on the above, **IT IS HEREBY ORDERED** that Plaintiff's motion to appear virtually at the pretrial conference of July 15, 2024 (Doc. 78) is **GRANTED**.

IT IS SO ORDERED.

Dated:  **June 18, 2024**

UNITED STATES MAGISTRATE JUDGE