UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>  Plaintiff,<br><br>  v.<br><br>UGWUEZE, et al.,<br><br>  Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER RECAPTIONING CASE** |

### I.   INTRODUCTION

On May 16, 2024, Plaintiff filed a document titled "Notice of New/Name Address, Motion for Appointment of Counsel, Motion In Re Settlement Conference." (Doc. 71.) On June 3, 2024, the Court issued its order denying the appointment of counsel and denying the motion for a settlement conference. (Doc. 75.) The Court now addresses Plaintiff's name change.

### II.   DISCUSSION

Plaintiff's notice states: "Plaintiff, as a part of her transition from Male to Female has legally changed her name and gender. Her new name is: 'Aerith Natalia Asora.'" (Doc. 71 at 1.)

A search of the California Incarcerated Records and Information Search (CIRIS) tool reveals that the California Department of Corrections and Rehabilitation recognizes Plaintiff's name change to Aerith Natalia Asora. (https://apps.cdcr.ca.gov/ciris/results?lastName=asora, as

1

of 6/27/2024.)[1] Plaintiff's CDCR number remains unchanged and reveals she is presently incarcerated at the California Institution for Men.[2] (*Id.*)

### III. CONCLUSION AND ORDER

Accordingly, **IT IS HEREBY ORDERED** that:

1. The caption for this action SHALL reflect Plaintiff's legal name change;
2. The Clerk of the Court is DIRECTED to change Plaintiff's name on the docket for this action, from Nathaniel Marcus Gann to **Aerith Natalia Asora**; and
3. The parties are advised all future filings shall reflect Plaintiff's name change.

IT IS SO ORDERED.

Dated: __**June 27, 2024**__   _____
UNITED STATES MAGISTRATE JUDGE

---

[1] Further, a CIRIS search for the name "Nathaniel Marcus Gann" produces no results. (https://apps.cdcr.ca.gov/ciris/results?lastName=gann&middleName=marcus&firstName=nathaniel, as of 6/27/2024.)

[2] Plaintiff's notice states she is "pending transfer" to the Central California Women's Facility reception center and will "either be housed at CCWF in Chowchilla, or CIW in Corona…." (Doc. 71.)

2