UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERITH NATALIA ASORA,<br><br>Plaintiff,<br><br>v.<br><br>UGWUEZE, et al.,<br><br>Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S STATUS REPORT OF JUNE 28,2024** |

In its June 3, 2024, Order Regarding Plaintiff's Motion for the Attendance of Witnesses, the Court addressed Plaintiff's motion for the attendance of four witnesses at trial: Daniel Heath Woodward, Jose Ibanez, Inmate Hochstraser, and Matthew J. Hall.[1] (Doc. 70.) Plaintiff's motion was denied without prejudice and Plaintiff was directed to file a status report by June 28, 2024, detailing her efforts to obtain access to her legal documentation and its whereabouts; alternatively, Plaintiff could renew her motion to include the declarations of Ibanez and Hochstraser and for the attendance of incarcerated witness Woodward and unintercalated witness Hall, if necessary. (*Id*. at 8-9.)

---

[1] No inmate by the name of "Daniel Heath Woodward" could be located using the California Incarcerated Records and Information Search (CIRIS) tool. The Court noted that Jose Ibanez and Alexandre Laurent Hochstraser were both housed at Valley State Prison on that date. Finally, it was noted that Matthew J. Hall, according to Plaintiff, was paroled at some point and the Court confirmed Hall is no longer in the custody of the California Department of Corrections and Rehabilitation.

On June 28, 2024, Plaintiff filed a document titled "Supplemental Information Regarding Witnesses." (Doc. 82.) Plaintiff's status report provides information concerning her efforts to access her stored legal documentation and includes the Declaration of Alex L. Hochstraser dated July 20, 2021, and the Declaration of Jose Ibanez dated September 10, 2018. (*Id*.)

Accordingly, **IT IS HEREBY ORDERED** that Defendants **SHALL** file a response to Plaintiff's status report **no later than July 8, 2024**. Specifically, Defendants shall further respond to Plaintiff's motion for the attendance of witnesses (Doc. 70) considering the submission of the Hochstraser and Ibanez declarations. Defendants shall also provide any information relevant to any efforts they have undertaken to ensure Plaintiff has access to all necessary legal paperwork for this action prior to the commencement of trial and certify whether its efforts to date are reasonably exhaustive or whether efforts remain ongoing.

IT IS SO ORDERED.

Dated: **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE