UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERITH NATALIA ASORA,<br><br>         Plaintiff,<br><br>    v.<br><br>UGWUEZE, et al.,<br><br>         Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER DIRECTING THE PARTIES TO MEET AND CONFER AND TO FILE A JOINT STATUS REPORT IN 45 DAYS** |

### I.     RELEVANT BACKGROUND

Trial of the action previously was scheduled to commence on November 13, 2024. (*See* Doc. 91 [Amended Pretrial Order].)

On September 16, 2024, Plaintiff filed a Motion for 120 Day Continuation of All Scheduled Deadlines and Trial. (Doc. 92.) The following day, Defendants filed their Non-Objection to Plaintiff's Motion for Continuance. (Doc. 93.)

District Judge Jennifer L. Thurston issued a minute order on September 30, 2024, continuing the trial in this matter to August 26, 2025. (*See* Doc. 94.) The minute order further states: "Defendants also request that the Court re-open discovery as to how Plaintiff's surgeries might impact damages" and "inquire whether the Court would 'entertain' further dispositive motion practice. … Those discovery and scheduling matters are remanded to the assigned magistrate judge for consideration, who may require the filing of a formal motion." (*Id*.)

## II.    DISCUSSION

The Court refers the parties to its Discovery and Scheduling Order issued on March 5, 2021. (Doc. 36.) Relevant here, the dispositive motion filing deadline was set for October 4, 2021. (*Id*.) Neither party filed a dispositive motion in this matter.

In their statement of non-opposition to Plaintiff's request to continue trial, Defendants assert that Plaintiff's possible knee surgery "arguably could affect the claimed damages in this case, and Defendants request that discovery be reopened to allow for possible depositions of Plaintiff's surgeon(s) related [to] the knee injury." (*See* Doc. 93 at 2.) Defendants also address or inquire into the Court's willingness to "entertain a motion for summary judgment" considering the requested continuance. (*Id*.)

The undersigned will direct the parties to meet and confer and to submit a joint status report within 45 days of the date of this order.[1] In their joint status report, the parties shall set forth their positions concerning the need for additional, limited discovery concerning Plaintiff's possible knee surgery. The parties shall include all available information concerning the timing of upcoming surgical procedures that may inform the Court's decision regarding Defendants' request to reopen discovery for limited purposes. Further, the parties shall set forth their positions concerning Defendants' request that the Court allow for the filing of motions for summary judgment. Any party seeking to file a motion for summary judgment shall explain the basis for the request at this stage of the proceedings and shall provide legal authority in support of such a request.[2]

///

///

---

[1] The Court is aware Plaintiff has recently undergone major surgery. In the event the parties need additional time within which to file a joint status report, they may request an extension of time on that basis.

[2] The Court may also require a formal motion and briefing concerning any such request.

### III.   CONCLUSION AND ORDER

Accordingly, based upon the foregoing, the parties are **DIRECTED** to file a joint status report, as outlined above, **within 45 days** of the date of this order.

IT IS SO ORDERED.

Dated:   **October 2, 2024**

UNITED STATES MAGISTRATE JUDGE