UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERITH NATALIA ASORA,<br><br>        Plaintiff,<br><br>    v.<br><br>UGWUEZE, et al.,<br><br>        Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE STATUS REPORT**<br><br>(Doc. 104) |

       On May 19, 2025, Plaintiff filed a motion seeking another settlement conference in this matter. (Doc. 101.) Shortly thereafter, Defendants filed a statement of non-opposition. (Doc. 102.)

       On May 27, 2025, the Court issued a minute order providing two available dates for a potential settlement conference before the undersigned and directed counsel for Defendants to confer with Plaintiff and the California Institution for Men regarding availability on those dates and to file a status report within seven days. (Docket Entry 103.) Counsel for Defendants was also directed to address the issue raised in Plaintiff's motion regarding access to/availability of requirement treatment during the trial in this action. (*Id*.)

       On May 30, 2025, Defendants filed a request for extension of time within which to file the status report. (Doc. 104.) Defendants seek an extension of time to June 9, 2025, because the first available date that defense counsel will be able to confer with Plaintiff by telephone is June 6, 2025. (*Id*., at 2, 3.)

**CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that Defendants' request for an extension of time to file a status report (Doc. 104) is **GRANTED**. Defendants **SHALL** file the status report **no later than June 9, 2025**.

IT IS SO ORDERED.

Dated: **June 2, 2025**

UNITED STATES MAGISTRATE JUDGE