UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERITH NATALIA ASORA,<br><br>                    Plaintiff,<br><br>        v.<br><br>UGWUEZE, et al.,<br><br>                    Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND PROCEDURES**<br><br>**Settlement Conference: 6/25/2025 10:00 a.m. via Zoom Videoconferencing**<br><br>**Confidential Settlement Statements: 6/20/2025**<br><br><u>Clerk of the Court to Serve Litigation Coordinator</u> |

  Pursuant to the Joint Status Report filed June 9, 2025 (Doc. 106), the parties wish to negotiate a settlement in these proceedings and have selected the available date of June 25, 2025, at 10:00 a.m., to proceed before the undersigned for a settlement conference. (Doc. 106.) The parties' report further indicates the parties "will exchange non-confidential settlement conference statements one week prior" and that Plaintiff intends "to submit the same statement previously filed." (*Id.* at 2.)

  Accordingly, it is hereby **ORDERED** that:

  1. A settlement conference is scheduled to occur on **Wednesday, June 25, 2025, at 10:00 a.m.**, before Magistrate Judge Christopher D. Baker. The conference shall be conducted via Zoom videoconference. Defense counsel shall arrange for Plaintiff's participation. The Zoom settlement conference invitation will be distributed one week prior, or counsel may contact Cori

1

Boren, Courtroom Deputy for Judge Baker, at cboren@caed.uscourts.gov. Any difficulties concerning Zoom video conference, or connecting to the Zoom video conference, shall immediately be reported to Cori Boren. The Court will issue a writ of habeas corpus ad testificandum to allow for Plaintiff's participation, as appropriate.

2. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

3. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

4. As noted above, the parties have agreed to participate in informal settlement negotiations by exchanging non-confidential settlement conference statements no later than June 18, 2025.

5. **No later than June 20, 2025**, each party must submit to Judge Baker's chambers at CDBorders@caed.uscourts.gov a confidential settlement conference statement. Plaintiff shall mail her statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Christopher D. Baker, 510 19th Street, Room 200, Bakersfield, Fresno, CA 93301. These statements should neither be filed on the docket nor served on any other party.

In compliance with Local Rule 270(d)-(e), the settlement statements will be used exclusively by Judge Baker to prepare for and conduct the settlement conference and not for any other purpose. If applicable, the statements should be marked "CONFIDENTIAL." *See* Local Rule 270(d). The statements should not exceed ten (10) pages and must include:

(1) a brief recitation of the facts;

(2) a discussion of the strengths and weaknesses of the case, including the party's position on the factual and legal issues and brief review of the evidence to support that party's factual

position;

(3) an itemized estimate of the expected costs for further discovery, pretrial, and trial matters, in specific dollar terms;

(4) the party's best estimate of the probability that it will prevail should this case proceed to trial;

(5) the party's best estimate of the damages or relief plaintiff may recover should this case proceed to trial and plaintiff prevail (in specific dollar terms and/or injunctive relief, if applicable);

(6) a history of settlement discussions (including a listing of any current settlement offers from any party, in specific dollar terms), a candid statement of the party's current position on settlement, including **the amount that it will give/accept to settle** (in specific dollar terms), and a statement of the party's expectations for settlement discussions;

(7) a list of the individuals who will be attending the settlement on the party's behalf, including names and, if appropriate, titles.

6. The Clerk of the Court is directed to additionally serve a courtesy copy of this Order via email on the Litigation Coordinator at Plaintiff's current facility and to mark docket entry numbers 101 and 102 as resolved by this order.

IT IS SO ORDERED.

Dated:   **June 10, 2025**                           _____
                                                      UNITED STATES MAGISTRATE JUDGE

3