UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AERITH NATALIA ASORA,<br><br>    Plaintiff,<br><br>    v.<br><br>UGWUEZE, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01350-JLT-CDB (PC)<br><br>**ORDER REGARDING STIPLUATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 118) |

On August 28, 2025, the parties filed a Stipulation to Voluntary Dismiss. (Doc. 118.) The stipulation is signed and dated by Plaintiff Aerith Natalia Asora and by Amie Bears, counsel for Defendants Igbinosa, Kokor, Ugwueze, Hashemi, Pacheco, and Arrietta. (*Id*.) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id*.)

Given the parties' stipulated dismissal, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated: **September 3, 2025**

UNITED STATES MAGISTRATE JUDGE